**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter   11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Pizzeria Ciny, Inc. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  Wok N' Hot |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-2958122 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 464 Redington Drive  South Elgin, IL 60177  Number, Street, City, State & ZIP Code | _____  P.O. Box, Number, Street, City, State & ZIP Code |
| Kane  County | **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Pizzeria Ciny, Inc._____    Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____7225____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor  Pizzeria Ciny, Inc.                                             Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Pizzeria Ciny, Inc. _____   Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 29, 2016
                 MM / DD / YYYY

**X** /s/ Carrie  M Thomason              Carrie  M Thomason
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Steven B. Towbin                Date August 29, 2016
Signature of attorney for debtor                         MM / DD / YYYY

Steven B. Towbin
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone  312-541-0151     Email address _____

2848546
Bar number and State

Fill in this information to identify the case:

Debtor name: Pizzeria Ciny, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Hockingburg<br>2015 Silver Bell Rd<br>Suite 150<br>Saint Paul, MN 55122-3170 | | | | | | $7,763.08 |
| N2 Publishing<br>5051 New Centre Dr.<br>Wilmington, NC 28403 | | | | | | $1,375.00 |
| Com Ed<br>3 Lincoln Center<br>Attn Bankruptcy Section<br>Oak Brook Terrace, IL 60181 | | | | | | $1,264.59 |
| Bank of America<br>534 Randall Rd<br>South Elgin, IL 60177 | | | | | | $989.30 |
| Neon Signs & More Online<br>9603 Saunders Ln Building G<br>Austin, TX 78758 | | | | | | $589.00 |
| Lauzen Accounting<br>27W430 Warrenville Road<br>Warrenville, IL 60555 | | | | | | $579.54 |
| Libery Mutual<br>c/o Hausman-Kunkel, Inc.<br>40 S Prospect St.<br>Roselle, IL 60172 | | | | | | $450.98 |
| Bank of America<br>534 Randall Rd<br>South Elgin, IL 60177 | | | | | | $385.07 |

Debtor  Pizzeria Ciny, Inc.                           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AT&T<br>Bankruptcy Dept<br>PO Box 769<br>Arlington, TX 76004 | | | | | | $382.60 |
| Easy Ice<br>925 W Washington #100<br>Marquette, MI 49855 | | | | | | $314.21 |
| AT&T Uverse<br>PO Box 5080<br>Carol Stream, IL 60197-5080 | | | | | | $280.00 |
| Village of South Elgin<br>10 N Water Street<br>South Elgin, IL 60177-1695 | | | | | | $246.98 |
| Shop Keep<br>143 Varick St<br>New York, NY 10013 | | | | | | $234.00 |
| Hopkins Grease<br>9150 Pyott Rd.<br>Lake in the Hills, IL 60156 | | | | | | $230.00 |
| Ecolab<br>370 Wabasha St N<br>Saint Paul, MN 55102 | | | | | | $215.50 |
| Republic Services<br>1330 Gasket Dr.<br>Elgin, IL 60120 | | | | | | $199.37 |
| Direct TV<br>Bankruptcy Department<br>PO Box 769<br>Arlington, TX 76004 | | | | | | $195.98 |
| Nicor Gas<br>Bankruptcy Dept<br>1844 Ferry Rd<br>Aurora, IL 60507 | | | | | | $187.41 |
| AT&T Wireless Services<br>Bankruptcy Dept<br>PO Box 309<br>Portland, OR 97207-0309 | | | | | | $150.00 |
| ADT Security<br>111 Windsor Dr.<br>Oak Brook, IL 60523 | | | | | | $128.98 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Pizzeria Ciny, Inc.                                       Case No.   
                                                              Debtor(s)            Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      37

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 29, 2016                        /s/ Carrie   M Thomason
                                                               Carrie   M Thomason/President
                                                                Signer/Title

.

ADT Security
111 Windsor Dr.
Oak Brook, IL 60523


Air Gas
8558 W. Highpoint Rd
Yorkville, IL 60560


AT Briargate IL, LLC
2720 East Camelback Rd
Suite 220
Phoenix, AZ 85016


AT&T
Bankruptcy Dept
PO Box 769
Arlington, TX 76004


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T Uverse
PO Box 5080
Carol Stream, IL 60197-5080


AT&T Wireless
PO Box 6463
Carol Stream, IL 60197-6463


AT&T Wireless Services
Bankruptcy Dept
PO Box 309
Portland, OR 97207-0309


Bank of America
534  Randall Rd
South Elgin, IL 60177


Carrie Mae Thomason
5N095 Prairie Rose Dr.
Saint Charles, IL 60175

```
Com Ed
3 Lincoln Center
Attn Bankruptcy Section
Oak Brook Terrace, IL 60181


Com Ed
PO Box 6111
Carol Stream, IL 60197-6111


Direct TV
Bankruptcy Department
PO Box 769
Arlington, TX 76004


Easy Ice
925 W Washington #100
Marquette, MI 49855


Easy Ice
PO Box 879
Marquette, MI 49855


Ecolab
370 Wabasha St N
Saint Paul, MN 55102


Ecolab
PO Box 70343
Chicago, IL 60673-0343


Hockingburg
2015 Silver Bell Rd
Suite 150
Saint Paul, MN 55122-3170


Hopkins Grease
9150 Pyott Rd.
Lake in the Hills, IL 60156


Hopkins Grease
PO Box 7722
Lake in the Hills, IL 60156
```

```
Illinois Dep of Employment Security
Illinois Payment Contol Division
POB 4385
Chicago, IL 60680


Illinois Dep of Employment Security
33 S. State Street, 10th Fl.
Chicago, IL 60603


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Thomason
5N095 Prairie Rose Dr.
Saint Charles, IL 60175


Lauzen Accounting
27W430 Warrenville Road
Warrenville, IL 60555


Liberty Mutual
PO Box 2051
Keene, NH 03431-7051


Libery Mutual
c/o Hausman-Kunkel, Inc.
40 S Prospect St.
Roselle, IL 60172


N2 Publishing
5051 New Centre Dr.
Wilmington, NC 28403


N2 Publishing
PO Box 602906
Charlotte, NC 28260-2906
```

```
Neon Signs & More Online
9603 Saunders Ln
Building G
Austin, TX 78758


Nicor Gas
Bankruptcy Dept
1844 Ferry Rd
Aurora, IL 60507


Nicor Gas
PO Box 2020
Aurora, IL 60507


Republic Services
1330 Gasket Dr.
Elgin, IL 60120


Republic Services
PO Box 9001154
Louisville, KY 40290-1154


Shop Keep
143 Varick St
New York, NY 10013


Village of South Elgin
10 N Water Street
South Elgin, IL 60177-1695
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Pizzeria Ciny, Inc.                                    Case No.
                        Debtor(s)                              Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Pizzeria Ciny, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 29, 2016                          /s/ Steven B. Towbin
Date                                     Steven B. Towbin 2848546
                                         Signature of Attorney or Litigant
                                         Counsel for  Pizzeria Ciny, Inc.
                                         Shaw Fishman Glantz & Towbin LLC
                                         321 N. Clark Street
                                         Suite 800
                                         Chicago, IL 60654
                                         312-541-0151 Fax:312-980-3888